UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

FLIPBOARD, INC.,

        Plaintiff,

   v.

KALLIOPE AMORPHOUS,

        Defendant.

Case No.  15-cv-03255-BLF

**ORDER GRANTING AS MODIFIED DEFENDANT'S ADMINISTRATIVE MOTION TO SET CASE MANAGEMENT SCHEDULE**

[Re: ECF 72, 74]

Before the Court are Plaintiff's First and Second Administrative Motions to Set Case Management Schedule. ECF 72, 74. Defendant opposes Plaintiff's proposed schedule. ECF 73. Having reviewed the parties' proposals, the Court sets the schedule as follows:

| EVENT | DATE OR DEADLINE |
| --- | --- |
| Settlement Conference before Judge Spero | 6/23/2016 at 9:30 AM |
| Last Day to Amend Pleadings or Add Parties | 7/8/2016 |
| Last Day to Disclose Experts | 6/1/2017 |
| Fact Discovery Cut-Off | 6/15/2017 |
| Expert Discovery Cut-Off | 8/15/2017 |
| Last Day to Hear Dispositive Motions | 1/18/2018 at 9:00 AM |
| Final Pretrial Conference | 3/22/2018 at 1:30 PM |
| Trial | 4/16/2018 at 9:00 AM |

**IT IS SO ORDERED.**

Dated: April 5, 2016

                                                         _____
BETH LABSON FREEMAN
United States District Judge