UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FLIPBOARD, INC.,<br>        Plaintiff,<br>   v.<br>KALLIOPE AMORPHOUS,<br>        Defendant. | Case No.  15-cv-03255-BLF<br><br>**ORDER RE SETTLEMENT** |

The Court has received notification that this case has settled. *See* ECF 79. Accordingly, the Court ORDERS the parties to provide a stipulation of dismissal or status update by no later than **July 21, 2016**.

**IT IS SO ORDERED.**

Dated: June 24, 2016

_____
BETH LABSON FREEMAN
United States District Judge